**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

**In Re:**

| | | | |
|---|---|---|---|
| **Elder, Kenneth Kalvin** | ) | Case No: | **24-40475** |
| | ) | | |
| Debtor. | ) | | |
| | ) | Chapter: | 13 |
| | ) | | |
| Kenneth Kalvin Elder, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| vs. | ) | Adversary No. _____ |
| | ) | | |
| Chime Financial/Stride Bank, | ) | | |
| | ) | | |
| Defendant(s). | ) | | |

## COMPLAINT FOR TURNOVER OF PROPERTY

Plaintiff, Kenneth Kalvin Elder, by and through his undersigned counsel, files this complaint pursuant to Federal Bankruptcy Procedure 7001(1), and alleges the following in support of the requested relief:

### JURISDICTION

1. This complaint is an adversary proceeding in which the Plaintiff is seeking relief for the turnover of his bank account records for his account number ending in xxxxxxxx2119, which also includes Budget Builder and a Chime Saving Account, and for monies being held in the account.

2. This Court has jurisdiction pursuant to 28 U.S.C. §157 and §1334.

3. This a core proceeding pursuant to 28 U.S.C. §157 (2)(B).

4. Plaintiff has standing to bring this action pursuant to Federal Rules of Bankruptcy Procedure 7001(a).

5. Venue is proper pursuant to 28 U.S.C. §1409(a).

## BACKGROUND AND FACTS

1. Plaintiff, Kenneth Kalvin Elder, had a checking account with Chime Financial/Stride Bank with account number ending in xxxxxxxx2119, which included Budget Builder and a Chime Saving account,

2. That Plaintiff attempted to go into the account to retrieve the required bank statements for the Chapter 13 Trustee, which indicated the balance of his account on the date of filing the Petition [11/18/2024], and the remaining schedules filed on 12/02/2024. Plaintiff was unable to do so because the account had been closed by Chime.

3. That the Trustee has now requested the account statements for the last 2 years from Plaintiff.

4. That Plaintiff additionally had funds in the amount of $519.23 being held in the checking account. Those funds have been retained by Chime and not refunded to Plaintiff.

5. Upon discovering this, Plaintiff then called the number provided by Chime on the back of his card. He spoke with a representative that could not provide any information other than that their legal department has closed the account due to the bankruptcy.

6. That upon being informed of this, Plaintiff informed his counsel of the situation with Chime. His counsel then attempted to call Chime to speak with someone about getting the information needed for the Trustee. She was also informed that they could not tell us anything except the legal department closed the account.

7.    That Plaintiff's counsel further attempted to speak with a supervisor or the legal department and was again told they could not give me anyone to talk to but that they would have someone contact us via email. The Attorney's office email was given but no response was ever forthcoming. Plaintiff never received a response from them for his email either.

8.    That Plaintiff attempted to access his account again, but it remains closed and locked.

## COUNT I

9.    Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 8.

10.   Plaintiff needs access to his accounts to obtain the information for the Trustee.

WHEREFORE, Plaintiff, Kenneth Kalvin Elder, by and through his counsel, Frances E. Salimi, respectfully requests that the Court issue an order directing Creditor Chime Financial/Stride Bank to turn over copies of his bank statements for the last two (2) years to Plaintiff, and for such other and further relief the Court deems appropriate.

Respectfully submitted,
Kenneth Kalvin Elder, Debtor/Plaintiff

Dated: February 3, 2025.          By:    /s/ Frances E. Salimi
                                         Frances E. Salimi, #6238012
                                         Attorney for Debtor
                                         208 North Market Street
                                         Suite 1
                                         Marion, IL 62959
                                         Tel: 618-998-8661
                                         Email: fsalimi@mchsi.com

## **COUNT II**

10. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 8.

11. Plaintiff still had funds in the account(s) in the amount of $519.23 when the account was closed.

12. Those funds have been retained by Chime and not refunded to Plaintiff.

WHEREFORE, Plaintiff, Kenneth Kalvin Elder, by and through his counsel, Frances E. Salimi, respectfully requests that the Court issue an order directing Creditor Chime Financial/Stride Bank to refund/turn over the funds in the amount of $519.23 to Plaintiff, and for such other and further relief the Court deems appropriate.

Respectfully submitted
Kenneth Kalvin Elder, Debtor/Plaintiff

Dated: February 3, 2025.    By:    /s/ Frances E. Salimi
Frances E. Salimi, #6238012
Attorney for Debtor
208 North Market Street
Suite 1
Marion, IL 62959
Tel: 618-998-8661
Email: fsalimi@mchsi.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the following document(s): ***Complaint For Turnover of Property***, [  ]was mailed to all affected persons in interest at the addresses set forth below, [X] electronically, or by first class mail, postage prepaid on February 3, 2025.

United StatesTrustee (via electronic mail)
USTPRegion10.es.ecf@usdog.gov

Chapter 13 (Trustee via electronic mail)
Russell C. Simon
simontrustee@yahoo.com, pacer@simonch13trustee.com

Michael R. Twomey on behalf of Creditor Banterra Bank
mrtwomey@btbhh.com, cmoland@btbhh.com

Dated: February 3, 2025

/s/ Frances E. Salimi
Debtor's Counsel
Bar Number: 6238012
Law Office of Frances E. Salimi
208 North Market Street
Suite 1
Marion, IL 62959
Phone: 618-998-8661
Email: fsalimi@mchsi.com